[No. 4108–II.  Division Two.  May 8, 1981.]

THE STATE OF WASHINGTON, *Appellant,* v. KRISTOPHER BARBER, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–298, John W. Schumacher, J., entered May 15, 1979. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 8551–4–I.  Division One.  May 11, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE RINALDO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00405–1, John E. Rutter, Jr., J., entered February 22, 1980. *Affirmed* by unpublished opinion per James, C.J., concurred in by Swanson and Williams, JJ.

[No. 7682–5–I.  Division One.  May 11, 1981.]

KLAUS KURAS, ET AL, *Respondents,* v. WALTER WEBER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 824337, Frank J. Eberharter, J., entered June 1, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Swanson and Andersen, JJ.

[No. 8519–1–I.  Division One.  May 11, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MONROE ELVIN JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00621–8, T. Patrick Corbett, J., entered March 5, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Durham, JJ.